# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES FRANKLIN JONES,<br><br>Defendant. | Case No.: 2:19-mj-0258-PAL<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JAMES FRANKLIN JONES (ID#) 0069140 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JAMES FRANKLIN JONES** before the United States District Court at Las Vegas, Nevada, on or about April 18, 2019 at the hour of 3:00 p.m. for initial appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:  April 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar N umber 13644
KEVIN SCHIFF
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6418
kevin.schiff@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-mj-0258-PAL |
| Plaintiff, | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JAMES FRANKLIN JONES (ID#) 0069140 |
| vs. | |
| JAMES FRANKLIN JONES, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **JAMES FRANKLIN JONES** is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **JAMES FRANKLIN JONES** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **JAMES FRANKLIN JONES** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on April 18, 2019, at the hour of 3:00 p.m., for initial appearance and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **JAMES FRANKLIN JONES** before the United States District Court on or about April 18, 2019, at the hour of 3:00 p.m., for initial appearance and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **JAMES FRANKLIN JONES** before the United States District Court on or about April 18, 2019 at the hour of 3:00 p.m., for initial appearance and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this <u>11th</u> day of April, 2019

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kevin Schiff*
KEVIN SCHIFF
Assistant United States Attorney