## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00105-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | ECF No. 34 |
| JAMES JONES, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Monday, June 1, 2020 at 10:00 a.m., be vacated and continued to August 10, 2020, at 1:30 p.m.

DATED this 28th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE