UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES JONES,<br><br>    Defendant. | Case No. 2:19-cr-00105-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 38 |

Based on the parties' stipulation and good cause appearing, IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for Monday, November 23, 2020 at 11:00 a.m., be vacated and continued to March 1, 2021, at 11:00 a.m.

DATED this 18th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE

3