PROB 22 (Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*: 2:19CR00105

**DOCKET NUMBER** *(Rec. Court)*:

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**
James Franklin Jones III
1437 South Sedgwick Street
Wichita, KS 67213

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
MAR 19 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

**DISTRICT**: Nevada
**DIVISION**: U.S. Probation Office

**NAME OF SENTENCING JUDGE**: Jennifer A. Dorsey

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 12/27/2024
TO: 12/26/2028

**OFFENSE**
Felon in Possession of Ammunition – 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Controlled Substance with Intent to Distribute – 18 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii)
Felon in Possession of Firearm – 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Transfer of jurisdiction is advantageous for the person under supervision to be successful due to pro-social ties in the receiving district.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Kansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/6/2025
*Date*

*[signed]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Kansas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/10/2025
*Effective Date*

*[signed] Eric F. Melgren*
*United States District Judge*